AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jovon Johnson ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   4:24-cv-2462-SAL |
| Chuck Wright and Sgt. Baton ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: This case is dismissed with prejudice under 28 U.S.C. § 1915(e), and 28 U.S.C. § 1915A and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   November 7, 2024

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*